Walter B. ROACH, Jr., Plaintiff–Appellant,

v.

HILTON WORLD–WIDE, INC.; Embassy Suites Hotel Raleigh Crabtree; Chris Caramossa; Donna Mills Boswell, Defendants–Appellees.

No. 13–1312.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 22, 2013.

Walter B. Roach, Jr., Appellant Pro Se. Paul S. Holscher, Ann Herlocker Smith, Jackson Lewis LLP, Cary, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter B. Roach, Jr. appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Roach v. Hilton World–Wide, Inc.,* No. 5:12–cv–00309–D, 2013 WL 556195 (E.D.N.C. Feb. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*